

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00834-CR

James **WILMURTH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CR-0158W
Honorable Philip A. Kazen Jr., Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, we REFORM the judgment and bill of costs to delete Wilmurth's requirement to pay attorney's fees, and AFFIRM the trial court's judgment as reformed. Appellate counsel's motion to withdraw is GRANTED.

SIGNED November 13, 2013.

Patricia O. Alvarez, Justice